```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 02759
   ROBERT E ZINCORIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0615


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/16/07 and confirmed on 05/23/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/31/2008.

   3.  The Debtor paid a total of $   8265.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1997.09 | .00 | 1997.09 |
| HSBC AUTO FINANCE | SECURED VEHIC | 12265.00 | 648.80 | 3222.47 |
| AIR CONCEPTS INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 375.33 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 786.73 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 7278.89 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13839.00 | .00 | .00 |
| BANK ONE/CHASE | UNSECURED | 171.85 | .00 | .00 |
| B REAL LLC | UNSECURED | 1558.52 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14262.09 | .00 | 24010.32 | .00 | 38272.41 |
| PRINCIPAL PAID | 5219.56 | .00 | .00 | .00 | 5219.56 |
| INTEREST PAID | 648.80 | .00 | .00 | .00 | 648.80 |
| TOTAL PAID | 5868.36 | .00 | .00 | .00 | 5868.36 |

```
The Debtor's attorney, GARY N FOLEY               , was allowed $   3000.00
and was paid $   626.00   direct and $   2085.78   through the plan.

The Trustee received $    310.86 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 10/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE