## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ZINCORIS, ROBERT § Case No. 07-02759-BWB
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $345,055.00 *(without deducting any secured claims)* | Assets Exempt: $46,500.00 |
| Total Distribution to Claimants: $252,636.37 | Claims Discharged Without Payment: $593.46 |
| Total Expenses of Administration: $390,537.69 | |

    3) Total gross receipts of $ 950,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 306,825.94 (see **Exhibit 2**), yielded net receipts of $643,174.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $467,489.43 | $216,666.66 | $216,666.66 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 390,537.69 | 390,537.69 | 390,537.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 49,859.31 | 36,563.17 | 35,969.71 |
| **TOTAL DISBURSEMENTS** | $0.00 | $907,886.43 | $643,767.52 | $643,174.06 |

    4) This case was originally filed under Chapter 7 on July 31, 2008. The case was pending for 83 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM/BURLING BUILDERS, INC. | 1249-000 | 950,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$950,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROBERT ZINCORIS | EXEMPTION TO DEBTOR | 8100-002 | 0.00 |
| ROBERT ZINCORIS | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| ZINCORIS, ROBERT | Dividend paid 100.00% on $291,232.48; Claim# SURPLUS; Filed: $291,232.48; Reference: | 8200-002 | 0.00 |
| ZINCORIS, ROBERT | Divident paid 100% on $291,825.94; claim # surplus; filed $291,825.94 | 8200-002 | 291,825.94 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$306,825.94** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HomeComings Financial Network | 4110-000 | N/A | 238,557.27 | 0.00 | 0.00 |
| 2 -3 | HSBC Auto Finance | 4210-000 | N/A | 12,265.50 | 0.00 | 0.00 |
| | AIG INSURANCE COMPANY | 4220-000 | N/A | 216,666.66 | 216,666.66 | 216,666.66 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$467,489.43** | **$216,666.66** | **$216,666.66** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 35,434.67 | 35,434.67 | 35,434.67 |
| Law Offices of William J. Factor | 3210-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Rabobank, N.A. | 2600-000 | N/A | 364.38 | 364.38 | 364.38 |
| O'CONNOR & NAKOS | 3210-600 | N/A | 316,666.67 | 316,666.67 | 316,666.67 |
| O'CONNOR & NAKOS | 3220-610 | N/A | 33,740.18 | 33,740.18 | 33,740.18 |
| Rabobank, N.A. | 2600-000 | N/A | 1,215.60 | 1,215.60 | 1,215.60 |
| Rabobank, N.A. | 2600-000 | N/A | 603.47 | 603.47 | 603.47 |
| Rabobank, N.A. | 2600-000 | N/A | 529.38 | 529.38 | 529.38 |
| Rabobank, N.A. | 2600-000 | N/A | 583.34 | 583.34 | 583.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $390,537.69 | $390,537.69 | $390,537.69 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 13,839.00 | 13,839.00 | 13,839.00 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 8,042.92 | 8,042.92 | 8,042.92 |
| 4 | Ford Motor Credit Company | 7100-000 | N/A | 7,278.89 | 0.00 | 0.00 |
| 5 | Asset Acceptance LLC | 7100-000 | N/A | 375.33 | 375.33 | 375.33 |
| 5I | Asset Acceptance LLC | 7990-000 | N/A | 218.13 | 218.13 | 218.13 |
| 6 | Capital One Bank | 7100-000 | N/A | 786.73 | 786.73 | 786.73 |
| 6I | Capital One Bank | 7990-000 | N/A | 457.23 | 457.23 | 457.23 |
| 7 | Chase Bank USA NA | 7100-000 | N/A | 171.85 | 171.85 | 171.85 |
| 7I | Chase Bank USA NA | 7990-000 | N/A | 99.88 | 99.88 | 99.88 |
| 8 | Clerk Of The U.S. Bankruptcy Court - Ford Motor Credit | 7100-001 | N/A | 6,017.25 | 6,017.25 | 6,017.25 |
| 8I | Clerk Of The U.S. Bankruptcy Court - Ford Motor Credit | 7990-001 | N/A | 3,497.09 | 3,497.09 | 3,497.09 |
| 9 | Clerk Of The U.S. Bankruptcy Court - B-Real, LLC | 7100-001 | N/A | 1,558.52 | 1,558.52 | 1,558.52 |
| 9I | Clerk Of The U.S. Bankruptcy Court - B-Real, LLC | 7990-001 | N/A | 905.78 | 905.78 | 905.78 |
| 10 | Asset Acceptance LLC | 7100-000 | N/A | 375.33 | 375.33 | 0.00 |
| 10I | Asset Acceptance LLC | 7990-000 | N/A | 218.13 | 218.13 | 0.00 |
| 11 | Ford Motor Credit Company | 7100-000 | N/A | 6,017.25 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $49,859.31 | $36,563.17 | $35,969.71 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-02759-BWB  
**Case Name:** ZINCORIS, ROBERT

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/31/08 (c)  
**§341(a) Meeting Date:** 09/04/08

**Period Ending:** 06/26/15

**Claims Bar Date:** 01/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  14618 INDEPENDENCE DRIVE, PLAINFIELD/JOINT | 300,000.00 | 0.00 | | 0.00 | FA |
| 2  CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3  CHECKING ACCOUNT/JOINT | 2,500.00 | 0.00 | | 0.00 | FA |
| 4  SECURITY DEPOSIT | 240.00 | 0.00 | | 0.00 | FA |
| 5  HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6  VIDEO GAMES, ETC. | 200.00 | 0.00 | | 0.00 | FA |
| 7  PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8  JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 10 PENSION | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 2006 TAX REFUND | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 WORKERS COMP CASE | 15,000.00 | 0.00 | | 0.00 | FA |
| 13 2002 HYUNDAI SONATA | 6,415.00 | 0.00 | | 0.00 | FA |
| 14 PI CLAIM/BURLING BUILDERS, INC. (u) | Unknown | 950,000.00 | | 950,000.00 | FA |
| **14 Assets Totals** (Excluding unknown values) | **$345,055.00** | **$950,000.00** | | **$950,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL CHECKS SENT TO CREDITORS ON 1/13/15; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW

SPECIAL COUNSEL EMPLOYED ON 12/5/08 TO PURSUE PERSONAL INJURY MATTERS; INJURY CASE PENDING; TRIAL DATE SET FOR FEBRUARY 3, 2014 IN COOK COUNTY; FINAL HEARING SET FOR 1/9/15;

**Initial Projected Date Of Final Report (TFR):** December 31, 2009     **Current Projected Date Of Final Report (TFR):** November 25, 2014 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-02759-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | ZINCORIS, ROBERT | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***2678 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/26/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/14 | {14} | ZURICH AMERICAN INSURANCE COMPANY | SETTLEMENT PROCEEDS | 1249-000 | 950,000.00 | | 950,000.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.38 | 949,635.62 |
| 06/03/14 | 101 | ANESI OZMON RODIN NOVAK & KOHEN, LTD. | FEES & EXPENSES TO SPECIAL COUNSEL PER ORDER OF 2/7/14 Stopped on 06/17/14 | 3210-600 | | 350,406.85 | 599,228.77 |
| 06/03/14 | 102 | AIG INSURANCE COMPANY | Satisfaction of lien per order of 2/27/14 | 4220-000 | | 216,666.66 | 382,562.11 |
| 06/17/14 | 101 | ANESI OZMON RODIN NOVAK & KOHEN, LTD. | FEES & EXPENSES TO SPECIAL COUNSEL PER ORDER OF 2/7/14 Stopped: check issued on 06/03/14 | 3210-600 | | -350,406.85 | 732,968.96 |
| 06/17/14 | 103 | O'CONNOR & NAKOS | FEES & EXPENSES TO SPECIAL COUNSEL | | | 350,406.85 | 382,562.11 |
| | | | 316,666.67 | 3210-600 | | | 382,562.11 |
| | | | 33,740.18 | 3220-610 | | | 382,562.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,215.60 | 381,346.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 603.47 | 380,743.04 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 529.38 | 380,213.66 |
| 09/09/14 | 104 | ROBERT ZINCORIS | EXEMPTION TO DEBTOR Stopped on 10/21/14 | 8100-002 | | 15,000.00 | 365,213.66 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 583.34 | 364,630.32 |
| 10/21/14 | 104 | ROBERT ZINCORIS | EXEMPTION TO DEBTOR Stopped: check issued on 09/09/14 | 8100-002 | | -15,000.00 | 379,630.32 |
| 10/21/14 | 105 | ROBERT ZINCORIS | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 364,630.32 |
| 01/13/15 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $35,434.67, Trustee Compensation;  Reference: | 2100-000 | | 35,434.67 | 329,195.65 |
| 01/13/15 | 107 | Law Offices of William J. Factor | Dividend paid 100.00% on $1,400.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,400.00 | 327,795.65 |
| 01/13/15 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $13,839.00; Claim# 3; Filed: $13,839.00; Reference: | 7100-000 | | 13,839.00 | 313,956.65 |
| 01/13/15 | 109 | Asset Acceptance LLC | Dividend paid 100.00% on $375.33; Claim# 5; Filed: $375.33; Reference: | 7100-000 | | 375.33 | 313,581.32 |
| 01/13/15 | 110 | Capital One Bank | Dividend paid 100.00% on $786.73; Claim# 6; Filed: $786.73; Reference: | 7100-000 | | 786.73 | 312,794.59 |
| 01/13/15 | 111 | Chase Bank USA NA | Dividend paid 100.00% on $171.85; Claim# 7; Filed: $171.85; Reference: | 7100-000 | | 171.85 | 312,622.74 |
| 01/13/15 | 112 | Ford Motor Credit Company | Dividend paid 100.00% on $6,017.25; Claim# 8; Filed: $6,017.25; Reference: Stopped on 04/13/15 | 7100-000 | | 6,017.25 | 306,605.49 |
| 01/13/15 | 113 | B-Real, LLC | Dividend paid 100.00% on $1,558.52; Claim# | 7100-000 | | 1,558.52 | 305,046.97 |

Subtotals :    $950,000.00    $644,953.03

{} Asset reference(s)

Printed: 06/26/2015 09:50 AM    V.13.23

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-02759-BWB  
**Case Name:** ZINCORIS, ROBERT  

**Taxpayer ID #:** **-***2678  
**Period Ending:** 06/26/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 9; Filed: $1,558.52; Reference: Stopped on 04/13/15 | | | | |
| 01/13/15 | 114 | Asset Acceptance LLC | Dividend paid 100.00% on $375.33; Claim# 10; Filed: $375.33; Reference: Voided on 01/13/15 | 7100-000 | | 375.33 | 304,671.64 |
| 01/13/15 | 114 | Asset Acceptance LLC | Dividend paid 100.00% on $375.33; Claim# 10; Filed: $375.33; Reference: Voided: check issued on 01/13/15 | 7100-000 | | -375.33 | 305,046.97 |
| 01/13/15 | 115 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $8,042.92; Claim# 3I; Filed: $8,042.92; Reference: | 7990-000 | | 8,042.92 | 297,004.05 |
| 01/13/15 | 116 | Asset Acceptance LLC | Dividend paid 100.00% on $218.13; Claim# 5I; Filed: $218.13; Reference: | 7990-000 | | 218.13 | 296,785.92 |
| 01/13/15 | 117 | Capital One Bank | Dividend paid 100.00% on $457.23; Claim# 6I; Filed: $457.23; Reference: | 7990-000 | | 457.23 | 296,328.69 |
| 01/13/15 | 118 | Chase Bank USA NA | Dividend paid 100.00% on $99.88; Claim# 7I; Filed: $99.88; Reference: | 7990-000 | | 99.88 | 296,228.81 |
| 01/13/15 | 119 | Ford Motor Credit Company | Dividend paid 100.00% on $3,497.09; Claim# 8I; Filed: $3,497.09; Reference: Stopped on 04/13/15 | 7990-000 | | 3,497.09 | 292,731.72 |
| 01/13/15 | 120 | B-Real, LLC | Dividend paid 100.00% on $905.78; Claim# 9I; Filed: $905.78; Reference: Stopped on 04/13/15 | 7990-000 | | 905.78 | 291,825.94 |
| 01/13/15 | 121 | Asset Acceptance LLC | Dividend paid 100.00% on $218.13; Claim# 10I; Filed: $218.13; Reference: Voided on 01/13/15 | 7990-000 | | 218.13 | 291,607.81 |
| 01/13/15 | 121 | Asset Acceptance LLC | Dividend paid 100.00% on $218.13; Claim# 10I; Filed: $218.13; Reference: Voided: check issued on 01/13/15 | 7990-000 | | -218.13 | 291,825.94 |
| 01/13/15 | 122 | ZINCORIS, ROBERT | Dividend paid 100.00% on $291,232.48; Claim# SURPLUS; Filed: $291,232.48; Reference: Voided on 01/13/15 | 8200-002 | | 291,232.48 | 593.46 |
| 01/13/15 | 122 | ZINCORIS, ROBERT | Dividend paid 100.00% on $291,232.48; Claim# SURPLUS; Filed: $291,232.48; Reference: Voided: check issued on 01/13/15 | 8200-002 | | -291,232.48 | 291,825.94 |
| 01/13/15 | 123 | ZINCORIS, ROBERT | Divident paid 100% on $291,825.94; claim # surplus; filed $291,825.94 | 8200-002 | | 291,825.94 | 0.00 |
| 04/13/15 | 112 | Ford Motor Credit Company | Dividend paid 100.00% on $6,017.25; Claim# | 7100-000 | | -6,017.25 | 6,017.25 |

Subtotals :    $0.00    $299,029.72

{} Asset reference(s)    Printed: 06/26/2015 09:50 AM    V.13.23

Case 07-02759    Doc 98    Filed 06/30/15    Entered 06/30/15 11:28:34    Desc Main
              Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 07-02759-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** ZINCORIS, ROBERT | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******7166 - Checking Account |
| **Taxpayer ID #:** **-***2678 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 06/26/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8; Filed: $6,017.25; Reference: Stopped: check issued on 01/13/15 | | | | |
| 04/13/15 | 113 | B-Real, LLC | Dividend paid 100.00% on $1,558.52; Claim# 9; Filed: $1,558.52; Reference: Stopped: check issued on 01/13/15 | 7100-000 | | -1,558.52 | 7,575.77 |
| 04/13/15 | 119 | Ford Motor Credit Company | Dividend paid 100.00% $3,497.09; Claim# 8I; Filed: $3,497.09; Reference: Stopped: check issued on 01/13/15 | 7990-000 | | -3,497.09 | 11,072.86 |
| 04/13/15 | 120 | B-Real, LLC | Dividend paid 100.00% on $905.78; Claim# 9I; Filed: $905.78; Reference: Stopped: check issued on 01/13/15 | 7990-000 | | -905.78 | 11,978.64 |
| 04/13/15 | 124 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 11,978.64 | 0.00 |
| | | | 6,017.25 | 7100-001 | | | 0.00 |
| | | | 1,558.52 | 7100-001 | | | 0.00 |
| | | | 3,497.09 | 7990-001 | | | 0.00 |
| | | | 905.78 | 7990-001 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 950,000.00 | 950,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 950,000.00 | 950,000.00 | |
| Less: Payments to Debtors | | | 306,825.94 | |
| **NET Receipts / Disbursements** | | **$950,000.00** | **$643,174.06** | |

|  |  |
|---|---|
| Net Receipts : | 950,000.00 |
| Less Payments to Debtor : | 306,825.94 |
| Net Estate : | $643,174.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7166 | 950,000.00 | 643,174.06 | 0.00 |
| | $950,000.00 | $643,174.06 | $0.00 |

{} Asset reference(s)

Printed: 06/26/2015 09:50 AM    V.13.23